IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE PAUL HOWARTH | ) | Civil Action No. 05-147J |
| | ) | |
| Plaintiff, | ) | Judge Lancaster |
| v. | ) | Magistrate Judge Pesto |
| | ) | |
| CONCURRENT TECHNOLOGIES CORPORATION | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned civil action hereby stipulate to the dismissal of the above-captioned civil action with prejudice, each party to bear its own costs and fees.

APPROVED BY:                                           APPROVED BY:

FOR THE PLAINTIFF:                                     FOR THE DEFENDANT:

_____                              _____
Leslie Paul Howarth     PR₃ SE                         Gregory A. Miller (PA No. 69807)
211 Bentwood Avenue                                    (412) 562-3960
Johnstown, PA                                          millerga@bipc.com
(814) 262-9318                                         Jaime S. Tuite (PA No. 87566)
                                                       (412) 562-8419
                                                       tuitejs@bipc.com

SO ORDERED, this 11th day of April, 2006.

                                                       BUCHANAN INGERSOLL P.C.
_____                              One Oxford Centre, 20th Floor
Hon. Gary L. Lancaster,                                301 Grant Street
United States District Judge                           Pittsburgh, PA 15219-1410
                                                       (412) 562-1041 (FAX)

Dated: April 10, 2006                                  *Attorneys for Defendant Concurrent Technologies Corporation*

                                                       Dated: March 30, 2006

#1937562-v1